**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**PEDRO GARCIA,**

      **Plaintiff,**

**v.**

**M. JOHN BERRY,**

                                  **Civil Action No. 2:09cv262**

**and**

**UNITED STATES OFFICE OF**
**PERSONNEL MANAGEMENT**

      **Defendants.**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR**
**ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

The parties have jointly agreed to a four day extension within which the Plaintiff shall be

allowed to file a Reply Brief in this matter.  This agreement was effected in order to facilitate the

schedule of Plaintiff's counsel.

                                    Respectfully submitted,

                                    **PEDRO GARCIA**

By:                 */s/*
                    James H. Shoemaker, Jr.
                    VSB No. 33148
                    Veronica E. Meade Sheppard
                    VSB No. 66727
                    Patten, Wornom, Hatten & Diamonstein, L.C.
                    12350 Jefferson Avenue, Suite 300
                    Newport News, Virginia 23602
                    Telephone: (757) 223-4580
                    Facsimile: (757) 223-4518
                    jshoemaker@pwhd.com
                    vsheppard@pwhd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22<u>nd</u> day of October, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kent P. Porter
Assistant United States Attorney
Attorney for Federal Defendants
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia  23510
Telephone:  757-441-6331
Facsimile:   757-441-6689
Kent.Porter@usdoj.gov

*/s/*

James H. Shoemaker, Jr., VSB No. 33148
Veronica E. Meade Sheppard, VSB No. 66727
*Counsel for Plaintiff*
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4580
Facsimile: (757) 223-4518
jshoemaker@pwhd.com
vsheppard@pwhd.com
