IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**PEDRO GARCIA,**

    **Plaintiff,**

v.

**M. JOHN BERRY,**

                                                    Civil Action No. 2:09cv262

**and**

**UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT**

    **Defendants.**

### PLAINTIFF GARCIA'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT

    Plaintiff Pedro Garcia respectfully moves for leave to file his motion for partial summary judgment out of time. The reasons offered in support of this motion are set forth in section II of "Memorandum of Law in Support of Plaintiff Garcia's Motion for Partial Summary Judgment and in Opposition to the Federal Defendants' Motion to Dismiss Count I for Failure to Prosecute, or in the Alternative, for Summary Judgment on Count I" at pages 2 and 3.

                                          Respectfully submitted,

                                          **PEDRO GARCIA**

                    By:          */s/*
                        James H. Shoemaker, Jr.
                        VSB No. 33148
                        Veronica E. Meade Sheppard
                        VSB No. 66727
                        Patten, Wornom, Hatten & Diamonstein, L.C.
                        12350 Jefferson Avenue, Suite 300

                                        Newport News, Virginia 23602
                                        Telephone: (757) 223-4580
                                        Facsimile: (757) 223-4518
                                        jshoemaker@pwhd.com
                                        vsheppard@pwhd.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 26th day of October, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kent P. Porter
Assistant United States Attorney
Attorney for Federal Defendants
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone: 757-441-6331
Facsimile: 757-441-6689
Kent.Porter@usdoj.gov

                                                            */s/*
                                        James H. Shoemaker, Jr., VSB No. 33148
                                        Veronica E. Meade Sheppard, VSB No. 66727
                                        *Counsel for Plaintiff*
                                        Patten, Wornom, Hatten & Diamonstein, L.C.
                                        12350 Jefferson Avenue, Suite 300
                                        Newport News, Virginia 23602
                                        Telephone: (757) 223-4580
                                        Facsimile: (757) 223-4518
                                        jshoemaker@pwhd.com
                                        vsheppard@pwhd.com