IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**PEDRO GARCIA,**

 **Plaintiff,**

**v.**

**M. JOHN BERRY,**          **Civil Action No. 2:09cv262**

**and**

**UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT**

 **Defendants.**

PLAINTIFF GARCIA'S MOTION FOR
PARTIAL SUMMARY JUDGMENT AS TO COUNT I

  Plaintiff Pedro Garcia hereby moves for partial summary judgment awarding him judgment under Count I of his Complaint pursuant to Fed. R. Civ. P. 56.  Plaintiff Garcia hereby moves for all relief to which he is entitled, including: reinstatement to his position; back pay; compensation for loss of benefits; all attorneys fees and costs.  The reasons offered in support of this motion are set forth in the accompanying memorandum of law.

         Respectfully submitted,

         **PEDRO GARCIA**

   By:     */s/*
     James H. Shoemaker, Jr.
     VSB No. 33148
     Veronica E. Meade Sheppard
     VSB No. 66727
     Patten, Wornom, Hatten & Diamonstein, L.C.
     12350 Jefferson Avenue, Suite 300

Newport News, Virginia 23602  
Telephone: (757) 223-4580  
Facsimile: (757) 223-4518  
jshoemaker@pwhd.com  
vsheppard@pwhd.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kent P. Porter  
Assistant United States Attorney  
Attorney for Federal Defendants  
United States Attorney's Office  
101 West Main Street, Suite 8000  
Norfolk, Virginia 23510  
Telephone: 757-441-6331  
Facsimile: 757-441-6689  
Kent.Porter@usdoj.gov

/s/  
James H. Shoemaker, Jr., VSB No. 33148  
Veronica E. Meade Sheppard, VSB No. 66727  
*Counsel for Plaintiff*  
Patten, Wornom, Hatten & Diamonstein, L.C.  
12350 Jefferson Avenue, Suite 300  
Newport News, Virginia 23602  
Telephone: (757) 223-4580  
Facsimile: (757) 223-4518  
jshoemaker@pwhd.com  
vsheppard@pwhd.com