IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JAN - 8 2010
CLERK, US DISTRICT COURT
NORFOLK, VA

PEDRO GARCIA,

    Plaintiff,

v.                             Action No. 2:09cv262

M. JOHN BERRY, etc., et al,

    Defendants.

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment as to Count I was granted and Count I of plaintiff's complaint was dismissed by Opinion & Order entered December 14, 2009. Count II of plaintiff's complaint was dismissed by agreed order entered January 6, 2010.

DATED: January 6, 2010        FERNANDO GALINDO, Clerk

                                       By _____
                                                    Deputy Clerk